173 So. 95

**Percy M. PITTS v. CHILTON COUNTY.**

**5 Div. 247.**

Supreme Court of Alabama.

March 11, 1937.

Lawrence F. Gerald, of Clanton, for petitioner.

Reynolds & Reynolds, of Clanton, for respondent.

PER CURIAM.

Petition of Percy M. Pitts for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pitts v. Chilton County, 173 So. 94.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.